UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- X
: 
RYAN O'DELL, :
:
                Plaintiff, :
: 22-CV-5001 (JMF)
    -v- :
:
THERAPEUTICSMD, INC. et al., :
:
                Defendants. :
:
-------------------------------------------------------------------------- :
:
 ANTO RAVICHANDRAN, :
:
                Plaintiff, :
:
    -v- : 22-CV-5160 (JMF)
:
THERAPEUTICSMD, INC. et al., :
: <u>ORDER</u>
                Defendants. :
:
-------------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

      On June 15, 2022, Plaintiff Ryan O'Dell filed a Complaint in 22-CV-5001. *See* 22-CV-5001, ECF No. 1. On June 20, 2022, Plaintiff Anto Ravichandran filed a similar Complaint in 22-CV-5160. *See* 22-CV-5160, ECF No. 1. As of this Order, no motion for consolidation has been filed, but 22-CV-5160 has been accepted by the Court as related to 22-CV-5001, and the cases appear to involve common questions of law and fact.

      The Court is inclined to consolidate the cases pursuant to Rule 42 of the Federal Rules of Civil Procedure for all purposes. Any party who objects to such consolidation shall file a letter brief, not to exceed three single-spaced pages, by **July 6, 2022**. If no party files a letter opposing consolidation, the Court will consolidate the two cases without further notice to the parties.

      SO ORDERED.

Dated: June 22, 2022
       New York, New York                           _____
                                                            JESSE M. FURMAN
                                                          United States District Judge