UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------- X
:
RYAN O'DELL, :
:
                Plaintiff, :
: 22-CV-5001 (JMF)
    -v- :
:
THERAPEUTICSMD, INC. et al, :
:
               Defendants. :
:
------------------------------------------------------------------------ :
:
 CHARLES WOOLARD, :
:
               Plaintiff, :
:
    -v- : 22-CV-5392 (JMF)
:
THERAPEUTICSMD, INC. et al, :
: ORDER
              Defendants. :
:
---------------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

      On June 15, 2022, Plaintiff Ryan O'Dell filed a Complaint in 22-CV-5001. See 22-CV-5001, ECF No. 1. On June 26, 2022, Plaintiff Charles Woolard filed a similar Complaint in 22-CV-5392. See 22-CV-5392, ECF No. 1. As of this Order, no motion for consolidation has been filed, but 22-CV-5392 has been accepted by the Court as related to 22-CV-5001, and the cases appear to involve common questions of law and fact.

      The Court is inclined to consolidate the cases pursuant to Rule 42 of the Federal Rules of Civil Procedure for all purposes. Any party who objects to such consolidation shall file a letter brief, not to exceed three single-spaced pages, by **July 12, 2022**. If no party files a letter opposing consolidation, the Court will consolidate the two cases without further notice to the parties.

      SO ORDERED.

Dated: June 28, 2022
       New York, New York
                                                     JESSE M. FURMAN
                                          United States District Judge